# Ingram, Admr. v. Ingram.

*Proceeding to Allot Homestead Exemption to Widow and Minor Children.*

1. *Limitation of appeal from decree allowing exemption to widow and minor children.*—An appeal from a decree overruling exceptions, and confirming the report of commissioners allotting a homestead to a wiaow and minor children, must be taken within twenty days (Code of 1896, §2089). If taken later, the appeal will on motion, be dismissed.

APPEAL from Blount Probate Court.

Tried before Hon. TYRE H. DAVIDSON.

Appellants, as administrators of the estate of R. L. Ingram, deceased, filed exceptions under section 2084 of Code of 1896, to the report of commissioners allotting and setting apart a homestead as exempt to the widow and minor children of the decedent. On the hearing of the issue upon the exceptions, October 12, 1897, the court decreed "that said report of said commissioners be, and the same is, in all things fully ratified and confirmed, and that said contest be dismissed." From this decree the appeal was taken November 26, 1897. The appellees made a motion in this court to dismiss the appeal because it was not taken within twenty days.

R. T. ROBINETT, for appellant.

INZER & WARD, *contra*.

COLEMAN, J.—The decree in this case from which the appeal is prosecuted falls directly within the class governed by section 2559 of the Code of 1886, 2089 of the Code of 1896. From all such the statute declares that the appeal must be prosecuted within twenty days. The appeal having been prosecuted long after expiration of the time provided for taking the appeal, the motion of appellee to dismiss the same must be granted.

Appeal dismissed.